No. 395. SNELL ISLE, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth

Circuit denied. *Messrs. George E. H. Goodner* and *D. F. Prince* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.